```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAJAT SHARMA                    :        CIVIL ACTION
                                :
          v.                    :
                                :
EXECUTIVE OFFICE FOR            :        NO. 26-641
IMMIGRATION REVIEW, et al.      :
```

ORDER

AND NOW, this 3rd day of February 2026, it is hereby ORDERED that petitioner Rajat Sharma shall not be transferred out of the Eastern District of Pennsylvania pending further order of this court.

BY THE COURT:

/s/ Harvey Bartle III
                    J.