IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

RAJAT SHARMA

                        Petitioner,

         v.

EXECUTIVE OFFICE FOR IMMIGRATION
REVIEW, et. al.,

                        Respondents.

Case No. 2:26-cv-00641

## **STIPULATION TO RESOLVE PETITION ON THE PAPERS**

Petitioner seeks a writ of habeas corpus in this proceeding. The Court ordered Respondents to respond by February 9, 2026. The Court also scheduled an evidentiary hearing for February 19, 2026. Respondents filed their response on February 5, 2026. To expeditiously resolve Petitioner's submission, the parties hereby stipulate and agree that neither party requires an evidentiary hearing or oral argument in this matter. The parties respectfully request that the Court decide this matter on the papers at the Court's earliest convenience.

Dated: February 10, 2026

/s/ Erin O'Brien

Erin O'Brien, Esq.
Global Immigration Legal Team
150 Strafford Avenue, Suite 115
Wayne, PA 19087
Telephone: (610) 975-4599
Facsimile: (610) 287-2100
Email: erin@giltlaw.com

Respectfully submitted,

/s/ Frank A. DeLuccia

Frank A. DeLuccia
Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Telephone: (215) 861-8553
Email: Frank.DeLuccia@usdoj.gov

AND NOW, upon consideration of the parties' stipulation, it is hereby ORDERED that the petition for a writ of habeas corpus will be decided on the papers and without oral argument.

BY THE COURT

Dated: <u>February 11, 2</u>026          <u>/s/  Harvey Bartle III    </u>
                                                                          J.